IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AUGUSTUS C. PATTERSON | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 04-4202 |
| GLAXOSMITHKLINE | : | |
| PHARMACEUTICAL COMPANY, ET AL. | : | |

## ORDER

**AND NOW**, this <u>  26th  </u> day of <u>  July  </u>, 2011, upon consideration of Plaintiff's Motion To Enforce The Court Case Order Dated 01 September 2005 Dismissing Plaintiff's Case With Prejudice As Settled (ECF No. 48), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**